MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION




MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOUIS FANCHER

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

09CV881
JUDGE KENDALL
MAG. JUDGE COX

(To be supplied by the Clerk of this Court)

SERGEANT RAY McINERNEY STAR #2536

DETECTIVE ANTHONY AMATO STAR #20511

OFFICER ORTONEDA STAR #16168

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

# DEFENDANTS INFORMATION

A) DEFENDANT: SERGEANT RAY McINERNEY STAR# 2536
TITLE: POLICE OFFICER
PLACE of EMPLOYMENT: CHICAGO POLICE DEPARTMENT
155 W 51ST STREET CHICAGO, IL

B) DEFENDANT: DETECTIVE ANTHONY AMATO STAR# 20511
TITLE: POLICE OFFICER
PLACE of EMPLOYMENT: CHICAGO POLICE DEPARTMENT
155 W 51ST STREET CHICAGO, IL

C) DEFENDANT: OFFICER ORTONEDA STAR# 16168
TITLE: POLICE OFFICER
PLACE of EMPLOYMENT: CHICAGO POLICE DEPARTMENT
155 W 51ST STREET CHICAGO, IL

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ______________________

B. Approximate date of filing lawsuit: ______________________

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ______________________

D. List all defendants: ______________________

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ______________________

F. Name of judge to whom case was assigned: ______________________

G. Basic claim made: ______________________

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ______________________

I. Approximate date of disposition: ______________________

None

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) SERGEANT RAY MCINERNEY STAR #2536, DETECTIVE ANTHONY AMATO STAR #20511, and OFFICER ORTONEDA STAR # 16168 of the CHICAGO POLICE DEPARTMENT, ON SEPTEMBER 26th, 2008 FALSELY ARRESTED PLAINTIFF FANCHER for Possession of a controlled Substance, Without probable cause, causing Plaintiff FANCHER to be privy to False Arrest. 2) IN the ensuing criminal case, Plaintiff FANCHER was also Privy to MALICIOUS PROSECUTION By the CHICAGO POLICE DEPARTMENT, Sergeant MCINERNEY, Detective AMATO, and Officer ORTONEDA. 3) Defendants in a sound mind intentionalaly violated the U.S. Constitution and 42 U.S.C. 1983. 4) Plaintiff is also privy to false imprisonment.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff LOUIS FANCHER Seeks $75,000 from each defendant for false arrest, IN addition Plaintiff FANCHER Seeks $75,000 from each defendant for Malicious Prosecution Plaintiff seeks $75,000 for each count of false imprisonment.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 5th day of JANUARY, 2009

Louis Fancher
(Signature of plaintiff or plaintiffs)

LOUIS FANCHER
(Print name)

2008 007 0298
(I.D. Number)

1110 W. 50th STREET APT # F
CHICAGO, IL 60609
(Address)

# COUNT SHEET

Count 1: Sergeant McInerney is liable for False Arrest in case # 08CR 19569 Possession of a Controlled Substance, Thereby violating the 4th Amendment and 42 U.S.C. 1983, with willfull and Wonton Maliciousness

Count 2: Detective Anthony Amato is liable for False arrest in case # 08 CR 19569 Possession of a Controlled Substance, Thereby violating the 4th Amendment and 42 U.S.C 1983, with willfull and Wonton Maliciousness.

Count 3: Officer Ortoneda is liable for false arrest in case # 08CR 19569 Possession of a Controlled Substance, Thereby violating the 4th Amendment and 42 USC 1983, with willfull and wonton Maliciousness

Count 4: Sergeant McINERNEY is liable for Malicious Prosecution in case # 08CR 19569 Possesion of a Controlled substance, Thereby violating 42 U.S.C. 1983 with willfull and wonton Maliciousness.

Count 5: Detective Anthony Amato is liable for Malicious Prosecution in case # 08CR19569 Possession of a Controlled Substance, Thereby violating 42 U.S.C 1983 with willfull and wonton Maliciousness.

Count 6: Officer ORTONEDA is liable for Malicious Prosecution in case # 08CR19569 Possession of a controlled substance, Thereby violating 42 USC.1983 with willfull and wonton maliciousness.

Count 7: Sergeant McINERNEY is liable for false imprisonment, Thereby violating 42 USC 1983.

Count 8: Detective Anthony Amato is liable for false imprisonment, Thereby violating 42 USC 1983

Count 9: Officer ORTONEDA is liable for false imprisonment, Thereby violating 42 USC. 1983