IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOUIS FANCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 09 C 00881 |
| | ) | |
| Chicago Police Officers RAY MCINERNEY, | ) | |
| #2536, ANTHONY AMATO, #20511 and | ) | JUDGE KENDALL |
| LOUIS ORTONEDA, #16168 | ) | |
| | ) | MAGISTRATE COX |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Defendants Chicago Police Officers McInerney, Amato, and Ortoneda, by their attorney, Caroline Fronczak, Assistant Corporation Counsel, for their response to Plaintiff's motion for default judgement state as follows:

1. On February 23, 2009, Plaintiff filed a pro se complaint pursuant to 42 U.S.C. § 1983. (See Docket Entry # 5). Defendants were served as of April 23, 2009.

2. Defendants attorney filed her appearance on behalf of defendants on April 27, 2009 (See Docket entry # 8) as well as a motion for extension of time to answer or otherwise plead up to and including June 8, 2009 based, mainly, upon Plaintiff's pending criminal trial. (See Docket Entry #9).

3. This Court granted Defendants' Motion for Extension of time to answer or otherwise plead up to an including June 8, 2009 on April 28, 2009 ( See Docket Entry # 11).

4. On June 3, 2009, Defendants' counsel learned that Plaintiff's criminal trial had been continued to June 10, 2009. Therefore, Defendants filed another motion to seek further time to answer or otherwise plead up to and including June 22, 2009 based on the pendency of Plaintiff's

criminal trial..  (See Docket Entry # 14).

5.  On June 8, 2009, this Court granted Defendants' motion for further extension up to an

including June 22, 2009.  (See Docket Entry # 16).

6.  Defendants have sent Plaintiff a copy of each motion they have filed via US mail on the same

day that the motion was filed.

7.  Defendants have mailed a copy of this Court's orders of April 28 and June 8, 2009 to Plaintiff

on June 9, 2009.


        WHEREFORE, for the reasons stated above, this court should deny Plaintiff's motion for

default judgment.


                                        Respectfully Submitted,


                            By:     /s/ **Caroline Fronczak**
                                        Caroline Fronczak
                                        Assistant Corporation Counsel
                                        Attorney for Defendants

30 N. LaSalle, Suite 1020
Chicago, Il 60602
Tel: 312-744-5126
Atty No. 06284817

2